UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LYNN COLLINS, *Individually*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PAYLOCITY CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:20-cv-00845-DMS-KSC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Based upon Plaintiff's and Defendant's Joint Motion for Dismissal Without Prejudice, and good cause appearing, the Court hereby ORDERS that this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated:  November 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge